**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6949**

SHONTA HELTON,

　　　　　Plaintiff - Appellant,

　　　v.

PATRICIA YELDELL, Warden, Leath Correctional Institution,

　　　　　Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Donald C. Coggins, Jr., District Judge.  (5:19-cv-02789-DCC)

Submitted:  October 28, 2020　　　　　　　Decided:  November 9, 2020
　　　　　　　　　Amended:  November 10, 2020

Before KEENAN, DIAZ, and QUATTLEBAUM, Circuit Judges

Dismissed by unpublished per curiam opinion.

Shonta Helton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shonta Helton seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing as untimely Helton's 28 U.S.C. § 2254 petition. *See Gonzalez v. Thaler*, 565 U.S. 134, 148 & n.9 (2012) (explaining that § 2254 petitions are subject to one-year statute of limitations, running from latest of four commencement dates enumerated in 28 U.S.C. § 2244(d)(1)). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez*, 565 U.S. at 140-41 (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Helton has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*